# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03728-RM

DISH NETWORK L.L.C.,

        Plaintiff,

v.

ARY DIGITAL USA LLC,
ARY DIGITAL UK LTD, and
ARY TRADERS,

        Defendants.

## ORDER GRANTING IN PART PLAINTIFF'S MOTION
## FOR TEMPORARY RESTRAINING ORDER

The Court, having reviewed Plaintiff's Motion for Temporary Restraining Order ("Motion"), being fully advised of the premises, having held a hearing on the Motion, and finding that good cause exists, HEREBY GRANTS IN PART Plaintiff's Motion and finds that a Temporary Restraining Order is warranted with respect to Defendants ARY Digital UK LTD and ARY Traders (collectively referred to herein as "ARY") to preserve the status quo and to prevent immediate and irreparable injury, loss, or damage to DISH.

FURTHER, the Court makes the following findings: Ceasing delivery of the signals for the ARY channels to DISH will cause DISH irreparable injury by allowing five channels to "go dark" for DISH subscribers, and in turn by causing DISH to lose valuable customers and to be significantly hampered in its efforts to attract new customers interested in Urdu-language programming provided by ARY. Furthermore, the Court finds that ARY's termination of its

signal delivery to DISH will significantly harm DISH's reputation, brand, and goodwill. Finally, the Court is satisfied that, upon verification by counsel for DISH in the Motion, adequate notice has been provided to ARY representatives via e-mail and certified U.S. mail.

Accordingly, the Court enters the following Temporary Restraining Order, which will take effect immediately upon posting of the bond stated below:

1. ARY and its officers, agents, servants, employees, and attorneys, or anyone acting in concert with them, are hereby enjoined from shutting off its programming services to DISH and from otherwise blocking, suspending, or otherwise ceasing the transmission of its five Urdu-language channels, including the channels known as ARY Digital, ARY One World, QTV, ARY Muzik, and ARY Zauq;

2. ARY is enjoined from prematurely terminating the Affiliation Agreements or discontinuing its delivery of the signals for the licensed television programming above for a period of fourteen (14) days;

3. Pursuant to Fed. R. Civ. P. 65(c), DISH will provide security in the amount of $223,000, equivalent to the approximate amount of monthly payments for September and October 2019 that DISH has withheld from ARY for ARY's alleged breach of the Affiliation Agreements; and

5. Plaintiff will provide notice of this order to Defendants as soon as possible, by digital communication and U.S. mail.

This Temporary Restraining Order is issued on January 6, 2020, at 4 p.m., and will expire fourteen (14) days from the posting of the bond, unless extended for good cause before that time.

This Order has been filed in the Clerk's office and entered in the record.

FURTHER, the Court sets this matter for a preliminary injunction hearing on January 21, 2020, at 9 a.m.

DATED this 6th day of January, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge