**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:     Tammy Hoffschildt | Date:   February 6, 2020 |

**CASE NO.   19-cv-03728-RM**

| Parties | Counsel |
|---|---|
| DISH NETWORK, LLC, | Hugh Gottschalk<br>Chuan Cheng |
| Plaintiff, | |
| v. | |
| ARY DIGITAL USA LLC,<br>ARY DIGITAL UK LTD., and<br>ARY TRADERS, | Frank Visciano |
| Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING – Plaintiff's Motion for Preliminary Injunction (Doc. 15)
Court in session:          12:58 p.m.**

Appearances of counsel.   Mr. Visciano states he is appearing only on behalf of Defendant ARY Digital USA LLC.   Present at Plaintiff's table are Elizabeth Riemersma and Anna Chehtova.   Present at Defendant ARY Digital USA LLC's table is Muhammed Junaid Bawany.

The Court makes preliminary statements regarding the setting of this hearing. Witnesses will not be sequestered.   The Court advises that the defendant's witness appearing by videoconference, Salman Iqbal, will be taken out of order.

| | |
|---|---|
| 9:07 a.m. | Mr. Gottschalk presents opening statements. |
| 9:10 a.m. | Mr. Visciano presents opening statements. |
| 9:15 a.m. | Defendant's witness, Salman Iqbal, called out of order and appearing by videoconference, is sworn and examined by Mr. Visciano.<br>Mr. Visciano advises that the parties have stipulated to the admission of Plaintiff's Exhibits 1 through 11 and 14 through 40, as well as Defendant's |

        Exhibits A-1 through A-16 and A-19 through A-22.

**ORDERED:** Plaintiff's Exhibits 1 through 11 and 14 through 40, and Defendant's Exhibits A-1 through A-16 and A-19 through A-22 are admitted.

10:06 a.m.   Cross-examination of Salman Iqbal by Mr. Gottschalk.

10:30 a.m.   Witness is excused.

**Court in recess:**    **10:31 a.m.**
**Court in session:**   **10:44 a.m.**

Plaintiff's witness, Elizabeth Riemersma, is sworn and examined by Mr. Gottschalk. Plaintiff's Exhibit 41 is identified.

11:35 a.m.   Cross-examination of Elizabeth Riemersma by Mr. Visciano.

**Court in recess:**    **11:59 a.m.**
**Court in session:**   **1:42 p.m.**

Continued cross-examination of Elizabeth Riemersma by Mr. Visciano. Defendant's Exhibit A-24 is identified.

2:21 p.m.   Redirect examination of Elizabeth Riemersma by Mr. Gottschalk.

2:26 p.m.   Witness is excused.

Plaintiff rests.

2:27 p.m.   Defendant's witness, Muhammed Junaid Bawany, is sworn and examined by Mr. Visciano.

**Court in recess:**    **3:10 p.m.**
**Court in session:**   **3:25 p.m.**

3:26 p.m.   Cross-examination of Muhammed Junaid Bawany by Mr. Gottschalk.

3:55 p.m.   Redirect examination of Muhammed Junaid Bawany by Mr. Visciano.

3:57 p.m.   Witness is excused.

Defendant rests.   Both sides rest.

**Court in recess:**    **3:57 p.m.**
**Court in session:**   **4:09 p.m.**

Closing argument given by Ms. Cheng.

4:43 p.m.     Closing argument given by Mr. Visciano.

5:03 p.m.     Rebuttal closing argument given by Ms. Cheng.

The Court takes the motion (Doc. 15) under advisement.

**ORDERED:**  This hearing is continued to **February 10, 2020, at 10:00 a.m.**  The Court will issue its ruling on the motion at that time.

Counsel for Plaintiff is directed to provide the Court with a proposed order by close of business on February 7, 2020.

**Court in recess:**        5:06 p.m.
**Total in court time:**    5:43
**Hearing continued**

*Clerk's note:  All original exhibits were returned to counsel or a representative of counsel at the conclusion of the hearing.   Counsel to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.*