**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:   Tammy Hoffschildt | Date:   February 10, 2020 |

**CASE NO.   19-cv-03728-RM**

| Parties | Counsel |
|---|---|
| DISH NETWORK, LLC, | Hugh Gottschalk<br>Chuan Cheng |
| Plaintiff, | |
| v. | |
| ARY DIGITAL USA LLC,<br>ARY DIGITAL UK LTD., and<br>ARY TRADERS, | Frank Visciano |
| Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING – Plaintiff's Motion for Preliminary Injunction (Doc. 15)
Court in session:        10:00 a.m.**

Appearances of counsel.   Anna Chehtova is present by telephone.

Preliminary statements made by the Court.

**ORDERED:**  The Temporary Restraining Order issued on January 6, 2020, has expired, and the security in the amount of $223,000 is released.

The Court states its findings regarding Plaintiff's Motion for Preliminary Injunction (Doc. 15).

**ORDERED:**  Plaintiff's Motion for Preliminary Injunction (Doc. 15) is GRANTED in part and DENIED in part as stated on the record.   Bond of $750,000 is imposed and shall be posted by 12:00 p.m. on February 13, 2020.

The Court will issue a formal written order.

**Court in recess:** **10:40 a.m.**
**Total in court time:** **00:40**
**Hearing concluded.**