IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-03728-RM

DISH NETWORK L.L.C.,

       Plaintiff,

v.

ARY DIGITAL USA LLC,
ARY DIGITAL UK LTD,
ARY TRADERS,
ARY SERVICES LIMITED,
ARY DIGITAL FZ LLC,

       Defendants.

---

## ORDER GRANTING SECOND JOINT MOTION
## FOR EXTENSION OF PRELIMINARY INJUNCTION

---

COMES NOW the Court, having reviewed the Parties' Second Joint Motion for Extension of Preliminary Injunction (ECF No. 68), and the Court being fully advised in the premises,

HEREBY GRANTS the Motion. The Preliminary Injunction issued on February 10, 2020 (ECF No. 53) is hereby extended up to and through February 24, 2021 to correspond with an Extension Agreement between the parties extending the "wind-down period."

DATED this 19th day of January, 2021.

                                        BY THE COURT:

                                        RAYMOND P. MOORE
                                        United States District Judge