IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03728-RM

DISH NETWORK L.L.C.,

       Plaintiff,

v.

ARY DIGITAL USA LLC,
ARY DIGITAL UK LTD,
ARY TRADERS
ARY SERVICES LIMITED, and
ARY DIGITAL FZ LLC,

       Defendants.

## ORDER GRANTING MOTION TO RELEASE TRO AND PI BONDS

COMES NOW the Court, having reviewed the Plaintiff's Motion to Release TRO and PI Bonds (ECF Nos. 14, 54), and the Court being fully advised in the premises,

HEREBY GRANTS the Motion. The Temporary Restraining Order Bond (No. 906223761) and the Preliminary Injunction Bond (No. 674212708) in this matter are hereby released. DISH, as principal, and Liberty Mutual, as surety, are fully and unconditionally discharged and released from any and all past, present, and future liability with respect to the two bonds at issue as they relate to the TRO and PI in this action.

DATED this 22nd day of September, 2021.

                                       BY THE COURT:

                                       _____

                                       RAYMOND P. MOORE
                                       United States District Judge